UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CASSANDRA A. VALENTINE, *on behalf of herself and those similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>UNIFUND CCR, LLC; DISTRESSED ASSET PORTFOLIO III, LLC; and JOHN DOES 1 to 10,<br><br>*Defendants*. | Civil Action No. 20-5024<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

On January 3, 2023, the Court dismissed Plaintiff's First Amended Complaint without prejudice for lack of subject matter jurisdiction because Plaintiff failed to establish that she has Article III standing. D.E. 71; D.E. 72. The Court granted Plaintiff thirty days to file an amended complaint curing the deficiencies noted in the Court's opinion. To date, Plaintiff has not filed an amended complaint. As a result, and for good cause shown,

IT IS on this 14th day of February 2023,

**ORDERED** that the Clerk of Court is directed to close this matter.

John Michael Vazquez, U.S.D.J.